In the United States Southern District

Of New York

---

Danny Amen Valentine Shabazz

V.

Robert Rza Diggs, Scott Whiteleather,
Robert Iger, Ron Howard, Brian Grazer, Chris Bruce
Nick Sabean

Petition

The Lanham Act

Criminal Copyright Infringement

Defamation of character occurs when someone makes a false statement against you, which they publish or state as fact, causing harm to your personal and professional reputation and other damages, such as emotional distress and financial loss.

According to the First Amendment, everyone has the right to free speech. However, defamation laws protect people from suffering harm to their reputations, careers, finances, and health from false statements made by other people.

Unfortunately, defamation of character can be challenging to define, prove, and prosecute. In this article, you will learn about the definition of defamation, its two

primary types, how to prove it, and other things you need to know when filing a defamation lawsuit.

1. **What did they do**? They greenlit Danny and his family's life story illegally. Under copyright law, that's illegal. Over 30 cast members have passed away.
2. **What are the damages**? A loss of 2.2 billion in revenues and multiple family members have been damaged and passed away.
3. **What's the Allegations**? Criminal copyright fraud under section 1847 Listed 17 U.S.C 506 (A) AND 1847 U.S.C 2319 , waste management of funds, defamation, statute of frauds and insider threat development.
4. **Who are the players**? Robert RZA Diggs, producer of the Wu Tang Clan with Danny and his family investing their resources in 1992. Danny was 12, and child labor laws were broken. He didn't sign a contract at the time because of his age. The media took on a false narrative for 30 years. Danny, RZA, Oliver Grant, Mitchell Diggs and Samuel L Jackson, and Lucy Lui produced Afro Samurai Resurrection under a forged contract by Oliver Grant. Thats publishing fraud and 3 people died from the illegal transaction. Bob Iger and RZA got their hands on a treatment from 20th Century Fox, and an actor from Dead Poets Society from Delaware named Kurt Leitner. Kurt and Chris Bruce signed a NDA. Tom Kovach said during the illegal eviction on Danny in Delaware did he keep his belongings in safe space. His law student Diamond Opher was Danny's assistant and her car was towed during this illegal eviction to steal Danny's life story. These are what you call celebrity stalkers in government and production. All the agencies help these guys further their criminal enterprise. We have reason to believe the CIA or FBI removed Kurt's NDA from the Google pipeline to hide the facts

of this case. Chris Bruce breached the NDA in 2019, 2020, 2021 and 2022. The first breach was with Why Fly Internet and they used Cat 6 cables on Danny's vocal productions. The data breach and building negligence caused significant damage to Danny's spinal cord and past surgery with Dr. Vaid, Chris out of Wilmington and Neward, Delaware. Chris violated a copyright with Danny under the name King Creative LLC and Forever I Love America vocal and network production. Dr. Vaid has agreed to speak on Danny's behalf about the damage caused when a building negligence happens to a patient.  Charmion Kinder, a former Disney employee whose data disappeared from Danny's phone that would have exposed Michelle Obama and Barack's wrongdoing with RZA and Barack. Chris Bruce's NDA is still present and has been overlooked during numerous court appearances. Cerron Cade met with Danny on numerous occasions before Covid 19 and was given a multibillion dollar plan that later bailed the State of Delaware out for 1.2 billion from the SBA's Office of Disaster Assistance in Delaware. John Carney, and Danny met prior to the Covid 19 pandemic and he was also privy to see Danny's 10 year plans which he later used to enrich himself and his partners. Danny gaol originally was to build a facility in Delaware and Atlanta for production and design manufacturing.Danny finished the first phase with China and he never received any money from his deal with Mtichell and Ness for the bail out of 1.2 billion. Robert Buccini of BPG originally was supposed to build the facilities but he ended up backing out to commit fraud on Danny and his cast. This is a clear Statute of Frauds. Danny would be employing people from Delaware, Pennsylvania and Georgia. As of today we are out of 2700 jobs listed on annotated 941s done by Michlee Robinson from Lovies Financial out of Chester, PA 19103.

5. **What's the Remedies?** We are requesting a summary judgment and to shut this production down and have Robert Diggs return all masters.
Have Cerron cade of the Office of Budget and Management return Danny's trust fund and inheritance that are copyrights from the bail out of 1.2 billion.

6. **What are we seeking from the Superior Court**? An arrest warrant on Robert Diggs, Chris Bruce, developers and executives and the return of the 7.6 million from Bank of America frozen. Bank of America financed Danny's production and then froze the account over false ownership and conflicts with the FBI, Gary "GZA" Grice and RZA.

## 1847. CRIMINAL COPYRIGHT INFRINGEMENT -- 17 U.S.C. 506(A) AND 18 U.S.C. 2319

The principal criminal statute protecting copyrighted works is 17 U.S.C. § 506(a), which provides that "[a]ny person who infringes a copyright willfully and for purposes of commercial advantage or private financial gain" shall be punished as provided in 18 U.S.C. § 2319. Section 2319 provides, in pertinent part, that a 5-year felony shall apply if the offense "consists of the reproduction or distribution, during any 180-day period, of at least 10 copies or phonorecords, of 1 or more copyrighted works, with a retail value of more than $2,500." 18 U.S.C. § 2319(b)(1).

The 1992 amendments to section 2319 have made it possible to pursue felony level sanctions for violations relating to all types of copyrighted works, including computer software and other works written, stored or transmitted in a digital format, if the other elements of the statute are satisfied. Felony penalties only attach to violations of a victim's rights of *reproduction* or *distribution* in the quantity stated. A misdemeanor shall apply if the defendant does not meet the numerical and monetary thresholds, or if the defendant is involved in the infringement of the other rights bestowed upon the copyright holder, including the right to prepare derivative works, or the right to publicly perform a copyrighted work.

There are four essential elements to a charge of criminal copyright infringement. In order to sustain a conviction under section 506(a), the government must demonstrate: (1) that a valid copyright; (2) was infringed by the defendant; (3) willfully; and (4) for purposes of commercial advantage or private financial gain. Attempts to infringe are prohibited to the same extent

as the completed act. Conspiracies to violate the Act can be prosecuted under 18 U.S.C. § 371. A minority of courts also require that the government prove the absence of a first sale, and refer to this as a fifth element of a section 506(a) offense. However, the majority position is that the absence of a first sale is an affirmative defense. Thus, the government does not need to allege it in the indictment or to present initially evidence to negate the defense. *See* this **Manual at 1854**.

The elements of criminal copyright infringement are discussed in the following sections.

**RCA Radio Corporation of America.**

Share share

 **Actions  Email  Download**

**Registration Number / Date**PA0002367844 / 2022-08-24

**Previous Registration**

1992

**Type of Work**Dramatic Works/Choreography

**Title**RCA Radio Corporation of America.

**Application Title**RCA Radio Corporation of America.

**Date of Creation**1992

**Date of Publication**1992-06-07

**Copyright Claimant**

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, Georgia, 30305, United States.

**Authorship on Application**

Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Domicile: United States; Citizenship: United States. Authorship: text.

**Basis of Claim Text**.

**Rights and Permissions**Danny Amen Valentine Shabazz, Covenant Music Inc., 65 Irby Ave, 65 Irby Ave, Atlanta, Georgia, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com

**Pre-existing Material Text**.

**Description**Electronic file (eService)

**Copyright Note**

C.O. correspondence.

**Nation of First Publication**United States

**Names**

Valentine Shabazz, Danny Amen 1978-
Ace, pseud. 1978-

**King Creative LLC.**

Share share

**Actions  Email  Download**

**Registration Number / Date**TX0009153326 / 2022-07-15

**Type of Work**Text

**Title**King Creative LLC.

**Application Title**King Creative LLC.

**Date of Creation**2019

**Date of Publication 2019-05-17**

**Copyright Claimant**

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.

Everette Thomas Scott, 1988- .

Tracie Valentine, 1960- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.

Kiandra Parks, 1986- .

**Authorship on Application**

Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text.

Naje Papers, pseud. of Everette Thomas Scott, (author of pseudonymous work); 1988- Citizenship: United States. Authorship: text.

Pablo, pseud. of Tracie Valentine, (author of pseudonymous work); 1960- Citizenship: United States. Authorship: text.

Kiki, pseud. of Kiandra Parks, (author of pseudonymous work); 1986- Citizenship: United States. Authorship: text.

**Basis of Claim Text**.

**Rights and Permissions**Danny Amen Valentine Shabazz, 47th and 7th LLC parent Danny Valentine Corporation, 65 Irby Ave, Atlanta, GA, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com

**Pre-existing Material Text**.

**Description**Electronic file (eService)

**Copyright Note**

C.O. correspondence.

Regarding title information: Alternative title added by Copyright Office from deposited work.

Regarding authorship information: Ideas not copyrightable. 17 USC 102(b). Registration extends to text contained in deposited work

**Nation of First Publication**United States

**Names**

Valentine Shabazz, Danny Amen 1978-

Ace, pseud. 1978-

Scott, Everette Thomas 1988-

Papers, Naje, pseud. 1988-

Valentine, Tracie 1960-

Pablo, pseud. 1960-

Parks, Kiandra 1986-

Kiki, pseud.

Certificate of Service

I hereby serve this Lanham Act and criminal copyright infringement to the Respondents on 10/19/2023